UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY BETHEA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>INFINITY ENERGY, INC., a California corporation, and SOLAR QUOTE INC., a Delaware registered corporation,<br><br>Defendants. | No. 2:23-CV-00118-DJC-KJN<br><br><br><br>ORDER |

On April 22, 2024, counsel for Defendant Infinity Energy, Inc., Benjamin Koegel of ElGuindy, Meyer & Koegel, APC ("Counsel"), filed a Motion to be Relieved as Counsel. (ECF No. 20.) Fourteen days have passed, and no party has filed an opposition or statement of non-opposition to the Motion. *See* L.R. 230(c) (opposition to any motion shall be filed within fourteen days).

In the Motion, Counsel states that he "is not aware of the name or identity of any new counsel that may be retained to defend Infinity Energy, Inc. in this case." (Mot. (ECF No. 20) at 3.) Additionally, to date, Defendant Infinity Energy, Inc. has not indicated to the Court it has retained new counsel. However, Local Rule 183(a) requires that a "corporation or other entity may appear only by an attorney."

////

1

Accordingly, pursuant to Local Rule 183(a), the Court hereby DENIES the Motion (ECF No. 20) without prejudice to renewal after substitute counsel appears for Defendant Infinity Energy, Inc.

The hearing on the Motion, set for 6/6/2024, is VACATED.

IT IS SO ORDERED.

Dated: **May 9, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC4 – Bethea23cv00118.MotWithdrawAtty