**DOLL AMIR & ELEY LLP**
GREGORY L. DOLL (SBN 193205)
gdoll@dollamir.com
CONNIE Y. TCHENG (SBN 228171)
ctcheng@dollamir.com
725 S. Figueroa Street, Suite 3275
Los Angeles, California 90017
Tel: 213.542.3380
Fax: 213.542.3381

Attorneys for Defendant,
SOLAR QUOTE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY BETHEA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INFINITY ENERGY INC., a California corporation, and SOLAR QUOTE INC., a Delaware registered corporation,<br><br>Defendants. | Case No. 2:23-cv-00118-TLN-KJN<br><br>*Assigned to District Judge Troy L. Nunley; Referred to Magistrate Judge Kendall J. Newman*<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL CONNIE Y. TCHENG FOR DEFENDANT SOLAR QUOTE, INC.**<br><br>Complaint Filed: 01/19/2023<br>Trial Date: TBA |

**TO THE COURT AND ALL PARTIES OF RECORD:**

    **PLEASE TAKE NOTICE** that attorney Connie Y. Tcheng withdraws her appearance as counsel of record for Defendant Solar Quote, Inc. in this matter. Please remove Connie Y. Tcheng from all notice and service lists. Gregory L. Doll will remain as counsel of record for Defendant Solar Quote, Inc.

DATED: May 24, 2024             DOLL AMIR & ELEY LLP

                                             By: */s/ Connie Y. Tcheng*
                                                           CONNIE Y. TCHENG
                                           Attorneys for Defendant,
                                           SOLAR QUOTE, INC.

NOTICE OF WITHDRAWAL OF COUNSEL CONNIE Y. TCHENG FOR DEFENDANT SOLAR QUOTE, INC.